UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Michael J. Cole

    v.                              No. 06-fp-234

Coos County Department of Corrections,
Acting Superintendent, et al.


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

    Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

    This case has been assigned civil number **06-cv-234-SM**.

    **SO ORDERED.**

                              _____
                              James R. Muirhead
                              United States Magistrate Judge


Date: June 27, 2006

cc:   Michael J. Cole, *pro se*