UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Michael J. Cole

      v.                             06-cv-234-SM

Coos County Department of Corrections, et al.


O R D E R

      This Court has directed that service of this action be made upon a number of employees of the Coos County Department of Corrections ("CCDOC") (document no. 9). At this time, service has been made on all but two defendants: Sgt. Brunault and Corporal Gagnon. Mr. Cole is directed to provide updated addresses for Brunault and Gagnon so that they may be served with this action within twenty days of receipt of this notice. If plaintiff fails to provide these addresses, these two defendants may be dismissed from this action.

      SO ORDERED.


                                            /s/ James R. Muirhead

November 9, 2006                      _____
                                            James R. Muirhead
                                            United States Magistrate Judge


cc:      Michael J. Cole, pro se