UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael J. Cole

v.                                        06-cv-234-SM

Coos County Department of Corrections, et al.

ORDER

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 30, 2006, for the reasons set forth therein.

Plaintiff's Sixth and Fourteenth Amendment claims premised upon the denial of recreation, equal protection, meaningful access to the courts and right to counsel against defendants Coos County Department of Corrections, Collins, Brunault, Gagnon, Blais, Dube, Jones, Lyons and Preherno shall go forward. All remaining claims are hereby dismissed. Plaintiff's motion for appointment of counsel (doc. no. 3) is hereby denied, and his motion to serve defendants by the United States Marshal (doc. no. 5) is hereby granted.

SO ORDERED.

January 30, 2007

Steven J. McAuliffe
Chief Judge

cc:   Michael J. Cole, pro se
      Corey M. Belobrow, Esq.